■Per
 
 curiam,
 

 Haywood only in court.
 

 ■Boatwell in right of his wife was the vender by means of the sheriff according to the act of 1762, ch. 5, sec. 10. And it is absurd that the seller shall become the purchaser : to whom shall he give bond and sureties as required by the act? — Surely not to himself; much less to-to the sheriff who is only an instrument and has no interest. The goods yet remain part of the intestates’ estate, arid an execution issued against his assets in the hands of his administrators would attach upon them. An administrator or executor as such can no otherwise become entitled to the goods of his testator than by paying their value to-creditors, as stated in the boric cited.
 

 Verdict and Judgment foi defendant.-